Shengmao Mu (SBN 327076)
Whitewood Law
99 S Almaden Blvd Suite 600
San Jose, CA, 95113
Tel: 917-858-8018
Fax:917-591-0618
smu@whitewoodlaw.com

Attorney for Plaintiff

HUI WANG

# UNITED STATE DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hui Wang,<br><br>Plaintiff,<br><br>vs.<br><br>BXMEX LIMITED, a Colorado Corporation, and<br><br>DOES 1-10,<br><br>Defendants. | Case No.: 22-4191<br><br>**COMPLAINT** |

Plaintiff, Hui Wang, by and through her attorney, for her Complaint against BXMEX LIMITED ("BXMEX"), a Colorado Corporation, alleges, on information and belief, and on knowledge as to her action, as follows:

**PRELIMINARY STATEMENT**

1. This is a cross-continental fraud case where Defendant, through its agent Lin Feng, actively approached Plaintiff and solicited Plaintiff to make so-called "investment" into its scamming website BXMEX. Defendant made false promises that Plaintiff would be able to profit from the investment if Plaintiff could deposit money into its scamming trading platform called BXMEX to purchase digital assets including various crypto currencies. Defendant even showed that Plaintiff made some "profits" ($3,000),

ANSWER TO COMPLAINT- 1

which turned out to be forged and illusory, when Plaintiff relied on Defendant's promise and tested the water by depositing a small amount ($20,000) into the scamming trading platform BXMEX. Plaintiff further relied on the falsified profits shown on Plaintiff's BXMEX account and deposited a total of $683,000 into BXMEX. When Plaintiff tried to withdraw her own funds, Defendant refused and even required Plaintiff to pay a tax of $247,500 in order to withdraw her own funds. Plaintiff then reported this scamming crime to law enforcements including local police department, Federal Bureau of Investigation, Federal Communications Commission, etc.

2. Plaintiff also alleges that Defendant's unlawful conducts constitute violation of § 10(b) of the Security and Exchange Act of 1934 because 1) Defendant, through its agent Lin Feng, made material misrepresentation that investment into crypto-currencies will make good profits, 2) such misrepresentation was made willfully, 3) there is a connection between the misrepresentation and the purchase of a security because Defendant specifically told Plaintiff to make investment into various crypto-currencies on its scamming website, 4) Plaintiff actually relied on Defendant's misrepresentation, 5) Plaintiff suffered a loss of all her investment of $683,000, 6) and such loss was caused by Defendant's misrepresentation.

3. Plaintiff seeks damages of $683,000, plus cost and fees, and injunctive relief that prohibits the transfer of various digital assets on BXMEX.

## JURISDICTION

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under § 10(b) of the Security and Exchange Act of 1934.

5. Alternatively, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), in that this is a civil action between citizen of California and citizen of Colorado as Hui Wang is a citizen of California and BXMEX is a citizen of Colorado.

## VENUE

6. Venue is proper in this district under 28 U.S.C. § 1391(b)(2), in that a substantial part of the events or omissions giving rise to the claim occurred in this district because BEMEX's agent Lin Feng work lived in San Marino, California, perpetrated the fraud in this district.

## PARTIES

7. Plaintiff lives in La Canada, California.

ANSWER TO COMPLAINT- 2

8. Defendant is registered with Money Services Businesses (MSBs), with an address of 1099 18th St Suite 2900, Denver, Colorado, and is doing business states including AK AL AR AS AZ CA CO CT DC DE FL FM GA GU HI IA ID IL IN KS KY LA MA MD ME MH MI MN MO MP MS MT NC ND NE NH NJ NM NV NY OH OK OR PA PR PW RI SC SD TN TX UT VA VI VT WA WI WV WY.



(True and Correct Screenshot of BEMEX's Registration with MSBs)

9. Upon belief and information, BXMEX is a centralized cryptocurrency exchange established in March 2020.

10. Upon belief and information, BXMEX claims to have presence in London.[1] See Exhibit 1.

---

[1] https://youcontrol.com.ua/en/catalog/gb-card/12383247/?__cf_chl_tk=55uLBv.crYcEnk.zwAc2glx3gsJ89kaW1RpA1IBdFTo-1654887332-0-gaNycGzNB5E

ANSWER TO COMPLAINT- 3

11. Upon belief and information, BXMEX is actually established and controlled by a group of Chinese citizens hiding in foreign countries.

12. Upon belief and information, the person that has significant control over BXMEX is Mr Yixin Liu, who is a Chinese citizen residing at Room 301, No.8 Maojiayuan Street, Donghu District, Nanchang City, Jiangxi Province, China, 330008.[2] See Exhibit 2.

13. Upon belief and information, BXMEX has scammed other innocent people by contacting the victims and guided the victims to download the scamming applications (BXMEX.app) so that victims can deposit money to BXMEX for a promised profit.[3] See Exhibit 3.

14. Many victims, including Ms. Wang relied on BXMEX's false promises and deposited funds to BXMEX and resulted in total loss of all the funds.

15. Upon belief and information, BXMEX.app is rated as a scamming application by scamadviser.com.[4] See Exhibit 4.

16. In fact, on April 29, 2022, BXMEX.com is no longer accessible, so is its application.

**FACTS**

17. Plaintiff Ms. Wang is a single mom living in La Canada California, who fell into an elaborate trap set up by Defendant.

18. In early March, a person who claimed to be Lin Feng contacted Ms. Wang through the LinkedIn and then added Ms. Wang as friend, asked for Ms. Wang's WeChat number and started conversation with Ms. Wang via the WeChat application. Lin Feng claimed to work for Tesla and lived in San Marino, California. He claimed that he invested in cryptocurrency and showed Ms. Wang a screenshot of his profitable investment, from which he earned $90,000 out $450,000 in 30 seconds.

19. Lin Feng claimed to be a computer professional, and he claimed that he could use a special algorithm, which combined global transaction volume to obtain the most accurate trading time to make a profit.

20. On or around March 7, 2022, Lin Feng guided Ms. Wang into transferring $20,000 to crypto.com, all of which was used to purchase USDC, a type of cryptocurrency commonly used as a stable

---

[2] https://find-and-update.company-information.service.gov.uk/company/12383247/persons-with-significant-control
[3] https://patch.com/illinois/westernsprings/heres-how-western-springs-woman-lost-30k-cops
[4] https://www.scamadviser.com/check-website/bxmex.app

ANSWER TO COMPLAINT- 4

coin with close to 1:1 ratio to US Dollars. Lin Feng then induced Ms. Wang to transfer the $20,000 USDC from crypto.com to BXMEX. That night, BXMEX's account showed that Ms. Wang made profits of $3,000. However, Ms. Wang was never able to withdraw any money from BXMEX.

21.     On or around March 8, 2022, Lin Feng asked Ms. Wang, again, to deposit $300,000 worth USDC bought from Crypto.com into BXMEX. Lin Feng stated that Ms. Wang needed to invest more in the initial stage so that she could profit faster. Lin Feng even asked Ms. Wang to borrow money from family, which Ms. Wang did.

22.     In total, with nine transactions, Ms. Wang invested $683,000, from her own savings, her family, and various loans, into BXMEX, under the influence and deceit of BXMEX's agent Lin Feng. Ms. Wang's $683,000 worth USDC was all converted, without her consent, by BXMEX, into USDT, which is another cryptocurrency, which was then channeled into various BXMEX wallets located in foreign countries ("Wallet addresses that need to be restrained") shown below[5]:

| | Wallet Addresses that need to be restrained | ACCOUNT BALANCE as of June 12, 2022 according to Etherscan |
|---|---|---|
| 1 | 0x949a5293d487621184ae45a0e7ccf8d77a6d207e | $15.14 |
| 2 | 0x064326d4b195e577baefc6ad11cd7053585057db | $0.00 |
| 3 | 0x0f4c6cc5492dbbeb567ad752afa4ea16f44e51c6 | $0.00 |
| 4 | 0x1929dec5693ec84399250733e74afcb487ce5589 | $0.00 |
| 5 | 0x36cdb93a5700945a00ec5940ddb35fb62dced10b | $1,186,638.65 |
| 6 | 0x37db378bce7aa1ac914c75e24571c41ef23603ad | $95.06 |
| 7 | 0x3a8caaa75ce3a5577a473749df5bff63455ec459 | $20,942.50 |
| 8 | 0x41a1155df68248da5af92601f802b68d986babd3 | $49.75 |
| 9 | 0x4b73031a366b7865e929cd56ae6d8f417a416bf7 | $25,135.06 |
| 10 | 0x54e6e849d8a1abbaed54074140a64826cc457219 | $85.47 |
| 11 | 0x557bf357e2b6b4f96359fa7ae01b053314d94fb0 | $9,591.67 |
| 12 | 0x6fd1e8a4614b5bf775994b77502c5956afc06bac | $164.96 |
| 13 | 0x71bb3bb4d63f3c9e73b4380d238562c6f9c3a746 | $0.00 |
| 14 | 0x76edabf81416b4d6f8776cfbdd3e0b06c84403dc | $0.00 |
| 15 | 0x7a96d8c26233dbadf92650d3c27d28ddd72eb085 | $214,679.55 |

---

[5] Highlighted mean active this address is very active.

ANSWER TO COMPLAINT- 5

| | | |
|---|---|---|
| 16 | 0x7e2861b32e25505f39b40b19ac05c8ee05d4a292 | $25,994,191.00 |
| 17 | 0x8d20d90ae63419fccd67725922b6148b29adf529 | $61.05 |
| 18 | 0x949a5293d487621184ae45a0e7ccf8d77a6d207e | $15.20 |
| 19 | 0x957bad844834c960005881bab478c9e767842c98 | $37.46 |
| 20 | 0xa8676ec3f6cd00d7f28f2bc8bbaf4b05b22d9d64 | $34.36 |
| 21 | 0x0c7ee68c8e13dc94e9bd2b62b13ed12b806dab8c | $64.31 |
| 22 | 0x503740af25a395176c6ff2db397e0798a4b2933b | $5.76 |
| 23 | 0x375bae7c4ba9ebb746f7415c1aafcaf213605b05 | $0.00 |
| 24 | 0x51b638ae62e2fe9901867656469eb24c9b12adc6 | $1.39 |
| 25 | 0x55b8afedb93e6ee9f7a43e6461f2ae2278fb00f7 | $1.35 |
| 26 | 0x5a491f9d1a920d411df771a647c183bdc4a3b3fe | $0.00 |
| 27 | 0xa297442da4fff058b8409f7a0674794811b73527 | $1.75 |
| 28 | 0xa7b5bce793afe4d3048b8c2aa67c28d78be0ca7a | $0.30 |
| 29 | 0xb0d16e70a673529f482fe0434b3e438a38f8fbc9 | $0.00 |
| 30 | 0xb56f7d20ddf295890d2c3d514238680359b5b23a | $0.69 |
| 31 | 0x8c2e8727b6e90135f63409e98a9e84f8ad4695a9 | $156.61 |
| 32 | 0x6F99240E58f0848741459F1059FeCCC3B4ee3c36 | $148,321.71 |
| 33 | 0xd136c879d2baccbb65c93039d730ac1b8b6b8ca5 | $2.62 |
| 34 | 0xd3ef762a172da20b02af8f0e01c0b718a5676511 | $10.62 |
| 35 | 0xdfd1eb82d1561f4050d9b2f12c4bf33d2d796370 | $0.00 |
| 36 | 0xeb60841a784f70e3df0f5b5af945872697aadc2e | $0.69 |
| 37 | 0xf27e80908395f1b9489bb4824d0d61fda415eb31 | $0.29 |
| 38 | 0xf56fdb97e2bfa205d44f2b311003c2b3acd5dbae | $0.00 |

      23.    Funds in these wallet addresses were frequently transferred to foreign exchange platforms outside the reach of U.S. laws including but not limited to FTX.com, which is a Bahamian cryptocurrency exchange, is incorporated in Antigua and Barbuda and headquartered in the Bahamas[6], and Bitkub.com, which is a Thailand based cryptocurrency exchange. The whole scamming scheme is complicated, which is described in more details in flowcharts in Exhibit 5.

      24.    Since March 26, 2022, Ms. Wang was attempting, unsuccessfully to withdraw her funds from her BXMEX account.

---

[6] https://en.wikipedia.org/wiki/FTX_(company)

ANSWER TO COMPLAINT- 6

25. On or around March 29, 2022, she was told by BXMEX representative that she needed to pay taxes in order to withdraw all assets. See screenshots below.



(Conversation between Plaintiff and BXMEX representative)

ANSWER TO COMPLAINT- 7




(Conversation between Plaintiff and BXMEX representative)

ANSWER TO COMPLAINT- 8

> **Online Support Customer Servi...**
>
> Hello, your bill has been generated and you need to pay the appropriate taxes in order to withdraw all assets。
>
> > If the profit changed. Will have new bill?
>
> will not change
>
> Your tax bill has already been generated, so it won't change
>
> The tax bill will be emailed to you after you pay
>
> > if we got more profit, the bill is same too?
>
> Yes
>
> But you can't withdraw the extra profit right away
>
> The extra profit goes to the next tax bill

(Conversation between Plaintiff and BXMEX representative)

ANSWER TO COMPLAINT- 9

(Screenshots showing that Ms. Wang's withdrawal of the funds was unsuccessful)

26. Ms. Wang's BXMEX account showed a total profit of $825,000, which Ms. Wang was never able to withdraw. In fact, BXMEX asked Ms. Wang to pay a tax of $247,500 in order for Ms. Wang to withdraw her own funds from the BXMEX account.

ANSWER TO COMPLAINT- 10

27. Until then, Ms. Wang realized that this is a scam, and she reported this crime to Crescenta Valley Sheriff's Station on March 26, 2022. See Exhibit 6.

28. On or around April 4, 2022, Ms. Wang filed a report with the Federal Trade Commission. ("FTC"). See Exhibit 7.

29. On or around April 5, 2022, Ms. Wang reached out to Congressman Adam B. Schiff for assistance. Mr. Schiff reached to the United States Securities And Exchange Commission ("SEC") and got a response from SEC stating that SEC had forwarded the correspondence to SEC's Office of Investor Education and Advocacy ("OIEA"). See Exhibit 8.

30. On or around April 9, 2022, Ms. Wang filed a report with the Federal Bureau of Investigation ("FBI"). See Exhibit 9.

31. On April 24, 2022, Lin Feng also contacted Ms. Wang to pay the so-called taxes.

32. On April 29, 2022, BXMEX.com is no longer accessible, so is its application.

## COUNT I

### (Fraudulent Misrepresentation)

33. Plaintiff incorporates all the foregoing paragraphs of Plaintiff's Complaint as if set forth fully herein.

34. Defendant made misrepresentation to Plaintiff because in early March 2022, BXMEX's agent Lin Feng promised Plaintiff that she would profit from the so-called investment in BXMEX. Defendant also made false statement by showing Plaintiff that she earned $3,000 on or around March 7, 2022 from her investment into BXMEX. BXMEX continued to make false representation to Plaintiff that she was earning profit via the BXMEX application since March 7, 2022. BXMEX further made misrepresentation to Plaintiff on or around March 29, 2022, that in order for Plaintiff to withdraw her funds, she must pay a 30% tax to Defendant, which was untrue.

35. Defendant clearly knew that the above-mentioned statements were false.

36. Plaintiff justifiably relied on the false statements by transferring a total of $638,000 worth USDC into BXMEX.

37. Plaintiff suffered damages of $683,000 because Defendant already closed down its website and disabled the application and refused Plaintiff from withdrawing her own funds.

## COUNT II

### (Negligent Misrepresentation)

38. Plaintiff incorporates all the foregoing paragraphs of Plaintiff's Complaint as if set forth fully herein.

39. There is a misrepresentation of a past and existing material fact Defendant made misrepresentation to Plaintiff because in early March 2022, BXMEX's agent Lin Feng promised Plaintiff that she would profit from the so-called investment in BXMEX. Defendant also made false statement by showing Plaintiff that she earned $3,000 on or around March 7, 2022 from her investment into BXMEX. BXMEX continued to make false representation to Plaintiff that she was earning profit via the BXMEX application since March 7, 2022. BXMEX further made misrepresentation to Plaintiff on or around March 29, 2022, that in order for Plaintiff to withdraw her funds, she must pay a 30% tax to Defendant, which was untrue.

40. The statements were made without reasonable ground for believing it to be true but Defendant planned the whole scheme with the purpose to steal money from victims like Plaintiff.

41. In fact, Defendant made the statement with the intent to induce Plaintiff's reliance on the misrepresented facts because Defendant even showed Plaintiff that his agent Lin Feng could earn $90,000 profit within 30 seconds. The BXMEX application was also built by Defendant to provide false information such as alleged profits so that Plaintiff could continue to transfer funds into Defendant.

42. Plaintiff justifiably relied on the false statements by transferring $638,000 worth USDC into BXMEX.

43. Plaintiff suffered damages of $683,000.

## COUNT III

### (Violation of § 10(b) of the Security and Exchange Act of 1934)

44. Plaintiff incorporates all the foregoing paragraphs of Plaintiff's Complaint as if set forth fully herein.

ANSWER TO COMPLAINT- 12

45. Securities and Exchange Commission Rule 10b-5, 17 C.F.R. § 240.10b-5(a)-(c) (1975), provides: It shall be unlawful for any person, directly or indirectly, by the use of any means or instrumentality of interstate commerce, or of the mails or of any facility of any national securities exchange, to employ any device, scheme, or artifice to defraud, to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading, or to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person, in connection with the purchase or sale of any security. *Ernst & Ernst v. Hochfelder*, 425 U.S. 185, 187, 96 S. Ct. 1375, 1378 (1976).

46. Plaintiff has purchased security by investing funds into Defendant through a private offering when Defendant's agent Lin Feng approached Plaintiff and requested Plaintiff to make such an investment.

47. Defendant used means of interstate commerce when Defendant used its application and website and communicated with Plaintiff via the WeChat application, and the BXMEX application. The whereabout of Lin Feng was unknown but Plaintiff has reason to believe that Lin Feng is a fictious person who might travel between different states and countries while setting up this scamming scheme and misleading Plaintiff into purchasing the securities offered by BXMEX. BXMEX claimed to have presence in the UK, China, and Colorado. The communications between Defendant and Plaintiff via various means such as webchat in the BXMEX application, LinkedIn, and WeChat, constitutes means of interstate commerce or instrumentality of interstate commerce.

48. Defendant made material misrepresentation to Plaintiff because in early March 2022, BXMEX's agent Lin Feng promised Plaintiff that she would profit from the so-called investment in BXMEX. Defendant also made false statement by showing Plaintiff that she earned $3,000 on or around March 7, 2022 from her investment into BXMEX. BXMEX continued to make false representation to Plaintiff that she was earning profit via the BXMEX application since March 7, 2022. BXMEX further made misrepresentation to Plaintiff on or around March 29, 2022, that in order for Plaintiff to withdraw her funds, she must pay a 30% tax to Defendant, which was untrue.

ANSWER TO COMPLAINT- 13

49. These false statements are material and have caused Plaintiff to lose money because Plaintiff would not have invested anything into BXMEX but for the promised profits allegedly made by BXMEX's agent Lin Feng or but for the falsified profits shown by the BXMEX's application when Plaintiff was deceived into investing the initial $20,000 on or around March 7, 2022.

50. Defendant was knowingly making these false statements to Plaintiff because Defendant has also scammed other victims such as the one in Illinois[7]. For the victim in Illinois, Lin Feng asked the victim to pay another fee on April 24, 2022, which is the same day when Lin Feng asked Ms. Wang to pay the so-called taxes.

51. Defendant has been continuing lying to Plaintiff even when Plaintiff was attempting to withdraw her own funds because Defendant asked Plaintiff to pay another $247,500 for making an illusory profit of $825,000.

52. The fact that Defendant channeled Plaintiff's funds into various cryptocurrency wallet addresses located in foreign countries such as Thailand and Bahamas, where the U.S. laws cannot reach, strongly indicated that Defendant planned this whole scheme on purpose. There is no other plausible explanation for Defendant's unlawful conducts.

53. Plaintiff relied on Defendant's promise and tested the water by depositing a small amount ($20,000) into the scamming trading platform BXMEX. Plaintiff further relied on BXMEX's promised profits shown on Plaintiff's BXMEX account and deposited a total of $683,000 into the scamming trading platform BXMEX.

**WHEREFORE,** Plaintiff prays that judgment against Defendant as follows:

1. Cryptocurrency institutions such as Tether immediately freeze all the cryptocurrencies located in the 38 wallet addresses mentioned herein;

2. That Defendant disgorge Plaintiff's funds of $683,000;

3. That Plaintiff be awarded punitive damages;

4. That Plaintiff be awarded reasonable attorneys' fees and costs; and

5. Award any and all other relief that this Court deems just and proper.

---

[7] https://patch.com/illinois/westernsprings/heres-how-western-springs-woman-lost-30k-cops

ANSWER TO COMPLAINT- 14

| | |
|---|---|
| Date: June 17, 2022 | By: __/s/Shengmao Mu_____<br>   SHENGMAO MU<br><br>Whitewood Law<br>99 S Almaden Blvd, Suite 600<br>San Jose, CA, 95113<br>Tel: 917-858-8018<br>Fax:917-591-0618<br>smu@whitewoodlaw.com<br><br>Attorney for Plaintiff Hui Wang |

ANSWER TO COMPLAINT- 15